**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DAN RIVER HOLDINGS LLC, *et al.*,[1] | Case No. 08-10726 (BLS) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 26, 2014 AT 9:30 A.M. (ET)**

> **\*\*AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING
> HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.\*\***

**RESOLVED MATTER**

1. Supplemental Application of the Chapter 7 Trustee for an Order Expanding the Scope of the Retention of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee *Nunc Pro Tunc* to February 6, 2014 [D.I. 1164, 2/26/14]

    Response Deadline:    March 14, 2014 at 4:00 p.m. (ET)

    Responses Received:    None.

    Related Documents:

    A.    Certificate of No Objection [D.I. 1168, 3/18/14]

    B.    Order Expanding the Scope of the Retention of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee *Nunc Pro Tunc* to February 6, 2014 [D.I. 1169, 3/19/14]

    Status: An order approving this matter has been entered.

Dated: March 24, 2014            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    */s/ Justin H. Rucki*
                    Justin H. Rucki (No. 5304)
                    Rodney Square
                    1000 North King Street
                    Wilmington, Delaware 19801
                    Telephone: (302) 571-6600
                    Facsimile: (302) 571-1253

                    Special Counsel to the Chapter 7 Trustee

---

[1] The Debtors are the following entities: Dan River Holdings LLC; Dan River, Inc.; Dan River Factory Stores, Inc.; Dan River International Ltd.; and The Bibb Company LLC.

01:15165005.1