# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| DAN RIVER HOLDINGS LLC, *et al.*, ) | Bankruptcy No. 08-10726 (BLS) |
| ) | |
| Debtors. ) | |
| ) | |
| JEOFFREY L. BURTCH, ESQUIRE IN ) | |
| HIS CAPACITY AS CHAPTER 7 ) | |
| TRUSTEE FOR THE ESTATE OF DAN ) | |
| RIVER HOLDINGS LLC, *et al.*, ) | Adversary No. 08-51141 (BLS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GHCL INTERNATIONAL, INC., GHCL, ) | |
| INC., AND THE OFFICIAL COMMITTEE ) | |
| OF UNSECURED CREDITORS OF DAN ) | |
| RIVER, INC. ) | |
| ) | |
| Defendants. ) | |

## ADVERSARY PROCEEDING STATUS REPORT

Jeoffrey L. Burtch, Chapter 7 Trustee (the "Plaintiff") of Dan River Holdings LLC, et al. reports on the status of the above-captioned consolidated adversary proceedings as follows:

Dated: April 3, 2014    GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware  19801
Telephone:  (302) 661-7000
Facsimile:  (302) 661-7360
Email: melorod@gtlaw.com

and

DEL 86382758v4

Annapoorni R. Sankaran
1000 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 374-3658
Facsimile: (713) 754-6608
Email: sankarana@gtlaw.com

Counsel to the Chapter 7 Trustee

# STATUS "E"

| DEFENDANT'S NAME | ADV. PROC. CASE NO. | STATUS |
|---|---|---|
| GHCL International, Inc. and GHCL, Inc. | 08-51141 (consolidated with 08-51531).<br><br>Adv. Proc. No. 08-51531 closed on September 27, 2013. | Judgment was entered against the GHCL defendants in Adv. Proc. No. 08-51531 on August 29, 2013 [Adv. Docket No. 55].<br><br>Plaintiff intends to file a motion to dismiss Adv. Proc. No. 08-51141 against GHCL International, Inc. and GHCL, Inc. on or before April 18, 2014. The GHCL defendants have failed to respond to Plaintiff's request to stipulate to dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). |