IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DAN RIVER HOLDINGS LLC, *et al.*, | ) | Case No. 08-10726 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 1176** |
| _____ | ) | |
| JEOFFREY L. BURTCH, | ) | |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | Adv. Pro. No. 10-50266 (BLS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OPEN TEXT U.S.A. INC. | ) | |
| D/B/A OPEN TEXT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | **Re: Docket No. 12** |

ORDER GRANTING TRUSTEE'S
9019 MOTION FOR AN ORDER APPROVING
SATISFACTION OF DEFAULT JUDGMENT

1.      Jeoffrey L. Burtch, the chapter 7 trustee (the "Trustee") for the above captioned cases, has filed the Trustee's 9019 Motion for an Order Approving Satisfaction of Default Judgment (the "Motion").

2.      The Court has jurisdiction to consider the Motion[1] pursuant to 28 U.S.C. § 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2).  Proper notice of the Motion has been provided by the Trustee.

3.      The Court finds that the settlement was negotiated at arm's length and entered into in good faith by the parties.  The consideration to be received by the Estates is fair and reasonable, and falls above the lowest point in the range of reasonableness.

---

[1] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

4.      The Motion is GRANTED.  Any objection not made to the Motion is waived. Any objection made to the Motion is overruled with prejudice.

5.      The Open Text Satisfaction Agreement attached hereto as <u>Exhibit 1</u> is APPROVED.  The monies in the preference escrow account are property of the Estates, and may be transferred to the Trustee's general account.

6.      The Trustee is authorized to execute any necessary documents to implement this order.

7.      The Bankruptcy Court Clerk is authorized to take all appropriate steps to revise the Bankruptcy Court claims register in these cases to reflect the terms of this Order.

8.      This order is effective immediately and notwithstanding the fourteen day stay imposed by Bankruptcy Rule 6004(h).

Dated: June 24, 2014

Honorable Brendan Linehan Shannon
United States Bankruptcy Judge

2