Judy F. Lyles
1222 Halifax Road
Danville, Va. 24540

Hon. Brendan L. Shannon,
Chief United States Bankruptcy Court Judge,
US Bankruptcy Court,
824 Market St., 6th floor, courtroom # 1,
Wilmington, Delaware 19801

RE:
Objection to chapter 7 Trustee's First Omnibus Objection to claims (non-substantive), Dan River Holdings LLC, et al, Chapter 7, Case No. 08-10726(BLS)

Dear Judge Shannon,

I am a claimant in the Dan River Holdings LLC, et al bankruptcy, case # 08-10726(BLS), pending before the court.

I have received the Trustee's Objection to Claims, including my own claim, allegedly because " Claimant did not attach sufficient documentation in support of claim to show a right to payment from Dan River Holdings LLC, et al."

Because of the passage of time since my claim was filed, approximately 8 yrs. ago, I am unable to locate the the documents attached to my original Proof of Claim.

The Trustee should not be granted the relief it seeks without first being required to provide me with copies of all documents that were attached for the original Proof of Claim together with the basis of its assertion that my documentation was " not sufficient."

*I request that if the court determines that I do not have a valid claim against the estate of Dan River Holdings LLC, et al that my claim be transferred to the Dan River, Inc. bankruptcy, if that case is still open.*

*I certify that I have sent a copy of my objection to the attorney for the Trustee, Adam Singer, Esq. Cooch & Taylor, P.A.*

*Respectfully,*

*Mrs Judy F. Lyles*

*copies to:*
*Adam Singer, Esq.*