UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

DAN RIVER HOLDINGS, LLC;

Case No. 08-10726 (BLS)

Debtor.

## STATUS REPORT OF CHAPTER 7 TRUSTEE

In response to the Court's Order Requiring Status Report entered on January 19, 2023 at Docket No. 1450, Jeoffrey L. Burtch, the Chapter 7 Trustee, responds as follows:

- Trustee's expectation of any future significant developments or events in the administration of the case:

    o Dan River Holdings, LLC was ordered jointly administered along with Dan River, Inc. (08-10727), Dan River Factory Stores, Inc. (08-10728), Dan River International Ltd (08-10729), and The Bibb Company LLC (08-10730) on April 22, 2008 at Docket No. 15.

    o The Trustee liquidated assets to cash and filed Final Reports in Dan River, Inc. and Dan River International Ltd. The remaining cases have no assets liquidated to cash but have remained open pending closure of Dan River, Inc. and Dan River International, Ltd.

    o Dan River International, Ltd was closed by the Court on February 8, 2022 after approval of the Trustee's Distribution Report (DI 26).

    o In Dan River, Inc. the Court entered an Order on November 28, 2022 (DI 40) Approving Motion to Pay Unclaimed Funds to the Court. These remaining funds were subsequently turned over to the Court.

    o The Trustee will submit his Distribution Report in Dan River, Inc. to the Office of the US Trustee ("UST") within the next 60 days and will convert any

remaining cases from asset to no asset cases and file an NDR after the UST files the Dan River, Inc. Distribution Report.

/s/ Jeoffrey L. Burtch, Esquire
Jeoffrey L. Burtch, Esquire
Chapter 7 Panel Trustee
P. O. Box 549
Wilmington, DE 19899-0549
(302) 472-7427

Dated: January 19, 2023